```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   GABRIEL ZURITA
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.  Mag. No. 10-012 GGH |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
|  | ) COURT TRIAL |
| v. | ) |
|  | ) Date: February 24, 2010 |
| GABRIEL ZURITA, | ) Time: 9:00am |
|  | ) Judge: Hon. Gregory G. Hollows |
| Defendant. | ) |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, GABRIEL ZURITA, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender, stipulate to continue the court trial set for Wednesday, February 24, 2010 at 9:00 a.m. to Wednesday, March 24, 2010 at 9:00 a.m.

The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial because the defense requires more time to investigate,

///

///

///

Stipulation and Proposed Order            1

prepare and possibly negotiate a resolution.

Dated: February 18, 2010          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Lauren D. Cusick
                                  LAUREN D. CUSICK
                                  Assistant Federal Defender

Dated: February 18, 2010          BENJAMIN WAGNER
                                  United States Attorney


                                  /s/ Matthew C. Stegman
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney


**O R D E R**

IT IS SO ORDERED.


Dated: 2/23/10                    /s/ Gregory G. Hollows
                                  _____
                                  HON. GREGORY G. HOLLOWS
                                  United States Magistrate Court



zurita.ord

Stipulation and Proposed Order          2